```
1  Kent Khtikian, Esq. (#99843)
   Katzenbach and Khtikian
2  1714 Stockton Street, Suite 300
   San Francisco, California  94133-2930
3  Telephone: (415) 834-1778
   Facsimile: (415 834-1842
4  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>WM. R. DRUE TILE CO., INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>    Defendants. | Case No. CV 09-5806 SBA<br><br>STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT |

WHEREAS plaintiffs and defendants have entered into a

settlement agreement provides that this stipulated judgment

against WM. R. DRUE TILE CO., INC. a California corporation, and

1  WILLIAM R. DRUE, shall be entered by the Court upon submission by
2  the plaintiffs of this stipulated judgment to the Court, signed
3  by defendants, without prior notice to defendants.
4      WHEREAS WILLIAM R. DRUE is not a party to this action but
5  hereby agrees and stipulates to entry of an order, without
6  further notice to him or opportunity by him to object, joining
7  him as a defendant in this action.
8      NOW THEREFORE, the parties hereto request that the Court at
9  this time enter this judgment against WM. R. DRUE TILE CO., INC.,
10 and WILLIAM R. DRUE and agree to entry of this judgment at this
11 time without prior notice to or prior opportunity to object by
12 them.

**JUDGMENT**

14     This matter, having come before the undersigned Judge, and
15 the parties hereto having stipulated to partial judgment, as
16 indicated by the signature hereto of Plaintiffs and the signature
17 of WM. R. DRUE TILE CO., INC., and WILLIAM R. DRUE, all parties
18 to this stipulation consenting to Entry of Judgment and waiving
19 any further notices regarding this stipulation, the judgment or
20 entry of judgment, and the court having reviewed the records and
21 files herein and being fully advised of the premises does hereby:
22     1. ORDER that WILLIAM R. DRUE be joined to this action as a
23 defendant.
24     2. ORDER that AMERICAN CONTRACTORS INDEMNITY COMPANY is
25 hereby dismissed without prejudice.
26     3. ORDER, ADJUDGE AND DECREE that Plaintiffs do hereby have
27 judgment against WM. R. DRUE TILE CO., INC., and WILLIAM R. DRUE,
28 and each of them, jointly and severally, in the amount of Ninety

Six Thousand Eight Hundred Twenty Five One Dollars ($96,825.00), inclusive of attorney's fees and costs, plus interest at the annual rate of Ten Percent (10%) calculated from the date judgment is entered by the Court until paid.

Dated: 2/9/10  _____
U.S. DISTRICT COURT JUDGE

WM. R. DRUE TILE CO., INC., understands and agrees to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated. The undersigned is the President of WM. R. DRUE TILE CO., INC., and executes this stipulation on behalf of, and with the knowledge, authorization and consent of the Board of Directors of WM. R. DRUE TILE CO., INC., to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated.

WM. R. DRUE TILE CO., INC.,

Dated: January 22, 2010   By:      /s/ Bill Drue
                             William R. Drue, President

WILLIAM R. DRUE understands and agrees to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated. WILLIAM R. DRUE further understands, agrees and stipulates to entry of an order, without

```
 1  further notice to him and without any opportunity by him to
 2  object, joining him as a defendant in this action.
 3
 4  Dated: January 22, 2010   By:      /s/ Bill Drue
                                     William R. Drue
 5
 6
 7       The undersigned is the President of the plaintiff Union and
 8  a trustee of the plaintiff trust funds, and executes this
 9  stipulation on behalf of, and with the knowledge, authorization
10  and consent of Plaintiffs, to all of the terms set forth in this
11  stipulated judgment and requests that judgment be entered as
12  herein stated.
13
14  Dated: February 1, 2010   By:      /s/ Tom Spear
                                     Tom Spear
15
```

### Attestation Of Concurrence

I, Kent Khtikian, declare that William R. Drue and Tom Spear have signed the Stipulation set forth above and that I have in my possession their signatures on this document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd ay of February 2010, in San Francisco, California.

```
                                    /s/ Kent Khtikian
                                    Kent Khtikian
```

STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT
Case No. CV 09-5806 SBA

4